B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

In re **Natalie Crysta Schreiber**
Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Bank of America | **Describe Property Securing Debt:** <br> Location: 1095 S Garrison Apt 201, Lakewood CO 80226 <br> 1100 square foot, 2 bedroom, 2 bathroom condominium with 2 reserved parking spots |
|---|---|

Property will be (check one):
 ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain **Pay as agreed, seeking short sale** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt    ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Credit Union Of Denver | **Describe Property Securing Debt:** <br> 2006 Dodge Caravan SXT in fair condition with 80,000 miles <br> Location: 1095 S Garrison Apt 201, Lakewood CO 80226 |
|---|---|

Property will be (check one):
 ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain **Pay as Agreed** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt    ☐ Not claimed as exempt

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Harris N.a. | **Describe Property Securing Debt:**<br>**Location: 1095 S Garrison Apt 201, Lakewood CO 80226**<br>**1100 square foot, 2 bedroom, 2 bathroom condominium with 2 reserved parking spots** |

Property will be (check one):
 ☐ Surrendered  ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain  **Pay as agreed, seeking short sale**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt  ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES   ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August  7, 2013**      Signature  **/s/ Natalie Crysta Schreiber**
                                      **Natalie Crysta Schreiber**
                                      Debtor